IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICALS, INC. et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| WATSON LABORATORIES, INC., LUPIN PHARMACEUTICALS, INC. and LUPIN LTD. | ) ) ) ) | C.A. No. 08-5103 (SRC)(MAS) (Consolidated) |
| Defendants. | ) ) ) ) ) ) | |

**DEFENDANT WATSON LABORATORIES, INC.'S MOTION IN LIMINE No. 2
TO EXCLUDE DUPLICATIVE EXPERT TESTIMONY**

Defendant Watson Laboratories, Inc. ("Watson") hereby moves in limine to Exclude Duplicative Expert Testimony.

In support of this Motion, Watson relies upon the documents filed by defendants Lupin Pharmaceuticals, Inc., and Lupin Ltd. (D.I. 203, 206, 207) on December 23, 2011, in support of their Motion in Limine to to Exclude Duplicative Expert Testimony. Accordingly, a separate opening brief in support of this motion is not required. Watson reserves its right to file a separate reply brief.

A proposed form of Order is submitted herewith.

- 2 -

DATED:  December 23, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　　　　　　One Broadway
　　　　　　　　　　　　　　　　　　　　New York, NY 10004-1007
　　　　　　　　　　　　　　　　　　　　(212) 425-7200

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Watson Laboratories, Inc.

　　　　　　　　　　　　　　　　　　　　By:__/s Charles A. Weiss_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES A. WEISS
　　　　　　　　　　　　　　　　　　　　　　　(Federal Bar No. CW-2628)

Of counsel:

John W. Bateman
KENYON & KENYON LLP
1500 K Street, N.W.
Suite 700
Washington, DC 20005-1257
(202) 220-4200

- 2 -